IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03983-DDD-NRN

FRANKLIN HERNANDEZ HERNANDEZ,

　　　　Petitioner,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
ARTHUR WILSON, in his official capacity as ICE Field Officer Director,
JOHNNY CHOATE, in his official capacity as the warden of the Aurora Immigration Detention Facility,
PAMALA BONDI, in her official capacity as the United States Attorney General,
THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,
THE BOARD OF IMMIGRATION APPEALS,

　　　　Respondents.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

　　　　Before the Court is Petitioner's Verified Petition for Writ of Habeas Corpus. ECF No. 1. In the Petition, Petitioner states that the Court must "grant the petition for writ of habeas corpus or issue an order to show cause to the Respondents 'forthwith,' unless the petitioner is not entitled to relief. 28 U.S.C. § 2243. If an OSC is issued, the Court must require Respondents to file a return 'within three days unless for good cause additional time, not exceeding twenty days, is allowed.' *Id*." ECF No. 1 ¶ 12.

　　　　Having reviewed the Petition, the Court ORDERS Petitioner to, no later than December 26, 2026, (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail and by overnight mail, and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance. Within seven calendar days of service, Respondents are ORDERED TO RESPOND to the Petition and are ORDERED TO SHOW CAUSE as to why the Petition should not be granted. *See, e.g., Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is

2

"subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). Petitioner shall file a reply within five calendar days after Respondents response is filed.

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and in order to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate, et. al*, Case No. 1:25-cv-881, D. Colo., ECF No. 11 at 45 (collecting cases); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603 (1966); *Local 1814, Int'l Longshoremen's Ass'n v. New York Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992).

Date: December 22, 2025 _____